| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| MICHAEL JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:10-CV-3 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Michael Jackson, an inmate formerly confined at the FCC Beaumont, proceeding *pro se* and *in forma pauperis*, filed this Federal Tort Claims Act and *Bivens*-type[1] actions against the following defendants: United States of America, Federal Bureau of Prisons, U.P. Deveraux, B. Odom, U.P. Stewart, U.P. Haynes, U.P. Schindehette, Keely Goodwin, and U.P. Nichols.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's motion to dismiss as to defendants Deveraux and Goodwin be granted pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Partial Judgment will be entered in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 8th day of June, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE